*Note to clerk, please do respectfully mail me a file-stamped copy of this petition, as the inmate copy machine is down, & being replaced.. thank you Sir/Maam.

AO 241
(Rev. 01/15)

Page 1

# Petition for Relief From a Conviction or Sentence By a Person in State Custody

(Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus)

FILED IN CLERKS OFFICE 2020 FEB 13 PM 1:2_ U.S. DISTRICT COURT DISTRICT OF MASS

### Instructions

1. To use this form, you must be a person who is currently serving a sentence under a judgment against you in a state court. You are asking for relief from the conviction or the sentence. This form is your petition for relief.

2. You may also use this form to challenge a state judgment that imposed a sentence to be served in the future, but you must fill in the name of the state where the judgment was entered. If you want to challenge a federal judgment that imposed a sentence to be served in the future, you should file a motion under 28 U.S.C. § 2255 in the federal court that entered the judgment.

3. Make sure the form is typed or neatly written.

4. You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

5. Answer all the questions. You do not need to cite law. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit a brief or arguments, you must submit them in a separate memorandum.

6. You must pay a fee of $5. If the fee is paid, your petition will be filed. If you cannot pay the fee, you may ask to proceed in forma pauperis (as a poor person). To do that, you must fill out the last page of this form. Also, you must submit a certificate signed by an officer at the institution where you are confined showing the amount of money that the institution is holding for you. If your account exceeds $ _____, you must pay the filing fee.

7. In this petition, you may challenge the judgment entered by only one court. If you want to challenge a judgment entered by a different court (either in the same state or in different states), you must file a separate petition.

8. When you have completed the form, send the original and ____ copies to the Clerk of the United States District Court at this address:

   Clerk, United States District Court for the District of Massachusetts
   1 Courthouse Way, Suite 2300
   Boston, MA 02210

   If you want a file-stamped copy of the petition, you must enclose an additional copy of the petition and ask the court to file-stamp it and return it to you.

9. <u>CAUTION</u>: You must include in this petition all the grounds for relief from the conviction or sentence that you challenge. And you must state the facts that support each ground. If you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

10. <u>CAPITAL CASES</u>: If you are under a sentence of death, you are entitled to the assistance of counsel and should request the appointment of counsel.

Contact Info:
Domenic Albanese #50038
Norfolk H.O.C
200 West St,
Dedham, MA 02026

AO 241 (Rev. 01/15)

Page 2

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: Massachusetts |
|---|---|
| Name (under which you were convicted): Domenic S. Albanese | Docket or Case No.: 1983 CR 00060 |
| Place of Confinement: Norfolk County Correctional Center | Prisoner No.: 50038 |

Petitioner (include the name under which you were convicted)
Domenic S. Albanese
D.O.B - 1-12-2000

v.

Respondent (authorized person having custody of petitioner)
~~[struck through]~~
Plymouth County DA Office

The Attorney General of the State of: Massachusetts

### PETITION

Respectfully, See Exhibit "B" (Memorandum), Exhibit "A" (front page of Motion/response) & Exhibit "C" (relevant Grand Jury Statements by detective)

1. (a) Name and location of court that entered the judgment of conviction you are challenging:
   Plymouth Superior Court - 52 Obery ST, Plymouth, MA 02360

   (b) Criminal docket or case number (if you know): 1983 CR 00060

2. (a) Date of the judgment of conviction (if you know): August, 2019
   (b) Date of sentencing: September 10th, 2019

3. Length of sentence: Charge 001-003 (2.5 yrs H.o.C Concurrent) Charge 004 (5 yrs Probation)

4. In this case, were you convicted on more than one count or of more than one crime? ☒ Yes ☐ No

5. Identify all crimes of which you were convicted and sentenced in this case: Respectfully,
   Charge 001-003 of docket "Bomb/Hijack Threat w/ Serious Public Alarm" - MGL c.269 s.14B. & Charge 004 of docket "Intimidate - Witness/Juror/Police"

6. (a) What was your plea? (Check one)
   ☐ (1) Not guilty      ☐ (3) Nolo contendere (no contest)
   ☒ (2) Guilty          ☐ (4) Insanity plea

AO 241 (Rev. 01/15)

Page 3

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? _____

_____
_____
_____
_____
_____

(c) If you went to trial, what kind of trial did you have? (Check one)

☐ Jury   ☐ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes   ☒ No

8. Did you appeal from the judgment of conviction?

☒ Yes   ☐ No   Awaiting CPCS review — Attorney Patrick Michaud 617-290-9440

9. If you did appeal, answer the following:

(a) Name of court: Has not been officially filed yet, awaiting file review

(b) Docket or case number (if you know): _____

(c) Result: _____

(d) Date of result (if you know): _____

(e) Citation to the case (if you know): _____

(f) Grounds raised: _____

_____
_____
_____
_____
_____

(g) Did you seek further review by a higher state court?   ☐ Yes   ☒ No

If yes, answer the following:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Result: _____

(4) Date of result (if you know): _____

AO 241 (Rev. 01/15)                                                                                                                     Page 4

(5) Citation to the case (if you know): _____

(6) Grounds raised: _____

_____

_____

_____

_____

(h) Did you file a petition for certiorari in the United States Supreme Court?   ☐ Yes   ☒ No

If yes, answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

_____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?   ☒ Yes   ☐ No

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: Plymouth Superior Court

(2) Docket or case number (if you know): 1983 CR 00060

(3) Date of filing (if you know): ~~All known~~ 10-4-19

(4) Nature of the proceeding: Motions to Vacate/Reconsider

(5) Grounds raised: Respectfully, For Counts #001-003, My Main Grounds or Factual Grounds is & was Complete lack of DIRECT/Forensic Evidence, Lack of DIRECT "Tele-communicational" link to Calls 1-3, (Police did not "trace" the Calls to a "Source", or "Point of Origin") 2 Seized I-Phones turned up No link or Any Evidentiary DATA Searched by H.S.I (Extraction reports). For Count/Charge #004, There was an Audio recording which was "Unlawfully Intercepted", pursuant to: MGL C.272-S.99 as I wasn't aware or told that I was being recorded.

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?
☐ Yes   ☒ No

(7) Result: CPCS Appointed for screening - No hearing.

(8) Date of result (if you know): 10-7-19 (Pres. Moriarty J. 11)

Note - I did request a hearing in the Motion.

AO 241 (Rev. 01/15)

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised:

_____

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☐ No

(7) Result: _____

(8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised:

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes  ☐ No

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:  ☐ Yes  ☒ No

(2) Second petition: ☐ Yes  ☒ No

(3) Third petition:  ☐ Yes  ☒ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

Respectfully, I filed within 60 days to the Sentencing court, & have been awaiting CPCS review of my file since..

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**CAUTION:** To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

**GROUND ONE:** Complete Lack of Forensic/Direct Evidence/Evidentiary Data. ~~(###)~~

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Two iPhones seized after 10-10-2018 Wareham Police Search Warrant Execution, were Electronically/Forensically examined by PCSD & H.S.I Boston and No calls or any relevant evidence was located (even deleted data). No proof/evidence was presented at my Arraignment, and even after my plea, there is still no evidence or links proving to these 3 calls even now at the time of petition, only Hearsay Statement by ex-girlfriend.

(b) If you did not exhaust your state remedies on Ground One, explain why: Respectfully, I never recieved a hearing like I requested on the Motion — Pro-se, and Ive been stuck awaiting CPCS of Boston since.

_____
_____
_____

AO 241                                                          Page 7
(Rev. 01/15)

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?  ☒ Yes  ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes  ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Motion to Vacate/reconsider - #27 on Docket

Name and location of the court where the motion or petition was filed: Plymouth Superior Court - 52 Obery St, Plymouth, MA 02360

Docket or case number (if you know): 1983 CR 00060 - 001-003

Date of the court's decision: 10-7-19

Result (attach a copy of the court's opinion or order, if available): CPCS Appointed for Screening (See Exhibit -A- -Front Page of Motion only

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☒ No

(4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

AO 241 (Rev. 01/15)      Page 8

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: Respectfully, as I'm incarcerated, its been difficult to find other remedies, I asked for a pro-se hearing, however, I've been awaiting CPCS since.

**GROUND TWO:** Complete Lack of Direct Tele-Communications link to calls, I.E - "Tracking the calls through Investigative tactics".

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): The Wareham Police Dept.'s Detective Division, DID not bother to pull records, use investigative methods to determine whom initiates the 3 Bomb Threat calls, they did not track or trace the calls to a source of origin, they don't even know the telephone number of the caller that made the calls, which is "logged" by Phone providers of the threatened restaurants, however, they didn't pull records, they simply claimed that their phone has "no caller ID".

(b) If you did not exhaust your state remedies on Ground Two, explain why: See Ground one B (B) or 12 (B) - Same for all Grounds.

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☒ Yes   ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? ☒ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Motion to Vacate/reconsider - #27 on Docket text

Name and location of the court where the motion or petition was filed: Plymouth Superior Court - 52 Obery St, Plymouth, MA 02360

Docket or case number (if you know): 1983 CR 00060 - 001 - 003

Date of the court's decision: 10-7-19

AO 241 (Rev. 01/15)

Page 9

Result (attach a copy of the court's opinion or order, if available): See first page of motion filed, where CPCS was appointed. Please pull full motion.

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☒ No

(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: Respectfully, I've been awaiting CPCS ever since motion filed on 10-4-19 and I had no idea about other remedies until I researched this petition.

**GROUND THREE:** MGL - C.272 - S.99 & Article 14 "Unlawful Interception of wire communication" — wire tap laws —

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
For charge #004 (Intimidation), the only piece of evidence introduced was an audio/video recording where the witness, Hayley Gallant, recorded a phone call from me (wire communication) and I was not aware, had no knowledge, and did not consent to the recording. There was no warrant to permit the "Interception".

(b) If you did not exhaust your state remedies on Ground Three, explain why: Respectfully, See Ground One B (B) or Ground One -12 (B)

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?  ☒ Yes   ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: Awaiting CPCS

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Motion to Vacate / reconsider - #27 on docket

Name and location of the court where the motion or petition was filed: Plymouth Superior Court - 52 Obery ST, Plymouth, MA 02360

Docket or case number (if you know): 1983 CR00060 - 004

Date of the court's decision: 10-7-19

Result (attach a copy of the court's opinion or order, if available): See Exhibit -A- Attaches "First page of Motion". (Full Full Motion) Sorry for handwriting, respectfully.

(3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☒ No

(4) Did you appeal from the denial of your motion or petition?   ☐ Yes   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: Respectfully, I've been stuck awaiting CPCS, & I just started researching this petition.

**GROUND FOUR:** Probable Cause issue under Article 14, 393 U.S 410 (1969), & 378 U.S 108 (1964)

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Arrest Warrant & Search Warrant was not tested under the principles of Aguilar vs Texas, ~~[illegible]~~ & Spinelli vs U.S. ~~[illegible]~~ where the Informant's tip was not tested, "Aguilar-Spinelli test" as the informant was not previously known to authorities as reliable, or credible, and did not provide any proof to corroborate her claim. There was a lack of police corroboration by investigation, no trace to the initiated calls.

(b) If you did not exhaust your state remedies on Ground Four, explain why: Respectfully, See Ground One B (B) or Ground One-12 (B)

_____

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes   ☒ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes   ☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

| | | |
|---|---|---|
| (3) Did you receive a hearing on your motion or petition? | ☐ Yes | ☒ No |
| (4) Did you appeal from the denial of your motion or petition? | ☐ Yes | ☐ No |
| (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? | ☐ Yes | ☐ No |

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: Respectfully, I did not add the Art. 14 Probable Cause issue with the informants tip to Police, on the Motion as I looked into the possibility that there shouldn't have been Probable Cause on her tip alone as she provided no proof, or any corroborating evidence to her claim. I raised this after filing.

AO 241 (Rev. 01/15)   Page 13

13. Please answer these additional questions about the petition you are filing:

   (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? ☐ Yes ☒ No

   If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: All Grounds were not Presented as I've been awaiting CPCS and I do hope for an evidentiary Hearing in U.S District Pursuant to this Petition & these grounds, mainly grounds 1-3

   (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

   Grounds #1-3 All Grounds were Placed in my Motion to Plymouth Superior, I requested a Pro-SE Hearing and did not get a hearing, respectfully. Ground #4 - See (E)

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? ☐ Yes ☒ No

   "other remedies" Page # 12

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available.

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? ☐ Yes ☒ No

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: Louis M. Baswey - esq

(b) At arraignment and plea: Louis M. Baswey - esq.

(c) At trial: Note - Pleades guilty due to false legal advice by attorney regarding "conviction possible with no evidence".

(d) At sentencing: Louis M. Baswey - esq 15 Hamilton ST, New Bedford, MA 02740 - # 508-992-4911

(e) On appeal: Awaiting review of file - Patrick Michaud - esq # 617-290-9440 - West Roxbury, MA

(f) In any post-conviction proceeding: _____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? ☒ Yes ☐ No  (Charge #004 If not Vacated)

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: Plymouth Superior Court, 52 Obery ST, Plymouth, MA 02360 Charge 004 of Docket is 5 years probation, after sentence

(b) Give the date the other sentence was imposed: 9-10-19

(c) Give the length of the other sentence: 5 years

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future? ☐ Yes ☒ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

_____

[blank lined response area]

_____

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1)     A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

        (A)     the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

        (B)     the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

        (C)     the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

        (D)     the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241 (Rev. 01/15)

Page 16

    (2)    The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: Respectfully, after a hearing where I will provide my side of the matter and proof, reports, etc, I, Domenic Albanese, Age 20, would be requesting immediate release or any other relief to which petitioner may be entitled. From incarceration due to lack of evidence. Further, If Charge #004 (Intimidation) is not vacated, and Charges #001-003 (Threats) are, on grounds #1-2-4, vacated, I'd ask to be released, and continued to probation on Charge #004.

Respectfully Submitted.

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _____, 2020 (month, date, year).

Executed (signed) on _____ 2020 (date).

/s/ —PRO-SE
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.